**HARDY v. MOORE COUNTY**

[351 N.C. 185 (1999)]

NICHOLAS A. HARDY v. MOORE COUNTY, MOORE COUNTY TAX DEPARTMENT, WILEY BARRETT, AND PHILLIP I. ELLEN

No. 299A99

(Filed 3 December 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 133 N.C. App. 321, 515 S.E.2d 84 (1999), affirming an order entered by Albright, J., in Superior Court, Moore County. Heard in the Supreme Court 16 November 1999.

*Van Camp, Hayes & Meacham, P.A., by Michael J. Newman, for plaintiff-appellant.*

*Robert V. Suggs for defendant-appellees Moore County and Moore County Tax Department.*

*Bruce T. Cunningham, Jr., for defendant-appellees Wiley Barrett and Phillip I. Ellen.*

PER CURIAM.

AFFIRMED.